IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 06-cv-00005-PSF-PAC

CH2M HILL, INC., a Florida corporation,

    Plaintiff and Counterclaim Defendant,

v.

AEROVIRONMENT, INC., a California corporation,

    Defendant and Counterclaimant.

---

**ORDER GRANTING JOINT MOTION FOR DISMISSAL
OF ALL CLAIMS, WITH PREJUDICE**

---

The Court, having reviewed the parties' Joint Motion for Dismissal of Claims, With Prejudice (Dkt. # 25) and being fully advised in the premises, hereby

ORDERS that all claims that Plaintiff CH2M Hill, Inc. asserted or could have asserted against Defendant Aerovironment, Inc., and all counterclaims that Aerovironment, Inc. asserted or could have asserted against CH2M Hill, Inc. are DISMISSED with prejudice.  It is

FURTHER ORDERED that each party shall be responsible for its own attorneys' fees and costs incurred in connection with the claims and counterclaims asserted in this action.

    DATED:  June 29, 2006

                                              BY THE COURT:

                                              *s/ Phillip S. Figa*

                                              _____
                                              Phillip S. Figa
                                              United States District Judge